# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR09-184-RSL |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| NICOLE L. LADD, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>: Possession of Stolen Mail; Conspiracy to Commit Bank Fraud; Aggravated Identity Theft

<u>Date of Detention Hearing</u>: July 8, 2009

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1) Defendant is currently unemployed and her living situation is not stable. Her

criminal record includes numerous failures to appear for court hearings, and bench warrant activity. There are several active bench warrants outstanding. Her probation officer in the Auburn Municipal Court reports that she has been non-cooperative and has failed to comply with the terms of supervision. She has absconded from drug treatment on two separate occasions in the past several months. There are significant mental health and substance abuse issues.

(2) Defendant poses a risk of danger based on failures to appear, a history of failing to comply with court orders, absconding from treatment, active and extraditable warrants, pending matters in other court and unstable residential history. She poses a risk of nonappearance due to the nature of the instant offense, a history of failures to comply with court orders, substance abuse history and failed efforts to participate in treatment.

(3) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

    (1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

    (2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

    (3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant

01         is confined shall deliver the defendant to a United States Marshal for the purpose

02         of an appearance in connection with a court proceeding; and

03 (4)    The clerk shall direct copies of this Order to counsel for the United States, to

04         counsel for the defendant, to the United States Marshal, and to the United States

05         Pretrial Services Officer.

06 DATED this <u>8th</u> day of July, 2009.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER         15.13
18 U.S.C. § 3142(i)         Rev. 1/91
PAGE 3